Citation Limited Pursuant to 1st Cir. Loc. R. 32.3

United States Court of Appeals

For the First Circuit

No. 02-2648

UNITED STATES,

Appellee,

v.

JOSEPH L. HEARN,

Defendant, Appellant.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

[Hon. Steven J. McAuliffe, 
U.S. District Judge
]

Before

Boudin, 
Chief Judge
,

Lynch and Lipez, 
Circuit Judges
. 

Joseph Hearn
 on brief pro se.

Peter E. Papps
, First Assistant U.S. Attorney, and 
Thomas P. Colantuono
, United States Attorney, on Motion for Summary Affirmance and Memorandum in Support for appellee.

July 8, 2003

Per Curiam
. Upon a careful review of the judgment dismissing appellant's motion to modify his sentence, and in light of the record and the arguments on appeal, 
the judgment of dismissal is 
affirmed
.

Alternatively, construing appellant's brief as a request for leave to file a second or successive habeas petition, we 
deny
 the request for failure to satisfy the statutory criteria.